IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| NEW LOUISIANA HOLDINGS, LLC, | § | CASE NO. 14-50756 |
| et al. | § | |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED |

| | | |
|---|---|---|
| SPRINGDALE HEALTH CENTERS LLC, and LONGHORN PROPERTIES, INC., | § § § § | |
| Plaintiffs | § § | |
| v. | § § | ADV. PRO. NO. 3:14-ap-00469-JAF |
| SA-PG OPERATOR HOLDINGS, LLC, SA-PG JACKSONVILLE LLC, SA-PG AVENTURA LLC, SA-PG GAINESVILLE LLC, SA-PG LARGO LLC, SA-PG OCALA LLC, SA-PG ORLANDO LLC, SA-PG PINELLAS LLC, SA-PG PORT ST. LUCIE LLC, SA-PG SUN CITY CENTER LLC, SA-PG TAMPA LLC, SA-PG VERO BEACH LLC, SA-PG WEST PALM BEACH LLC, and SA-PG WINTERHAVEN LLC, | § § § § § § § § § § § § § § § | |
| Defendants | § | |

## ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER

The Court has considered the motion (the "Motion") [Docket No. 7] filed by Defendants SA-PG Operator Holdings, LLC; SA-PG Ocala, LLC; SA-PG Gainesville, LLC; SA-PG Jacksonville, LLC; SA-PG Largo, LLC; SA-PG Orlando, LLC; SA-PG Pinellas, LLC; SA-PG Port St. Lucie, LLC; SA-PG Tampa, LLC; SA-PG Vero Beach, LLC; SA-PG West Palm Beach, LLC, and SA-PG Winterhaven, LLC (collectively the "Defendants") requesting that the above-

styled adversary proceeding (the "Adversary Proceeding") be transferred to the United States District Court for the Western District of Louisiana, Lafayette Division, pursuant to 28 U.S.C. § 1412 and Rule 7087 of the Federal Rules of Bankruptcy Procedure and finds that the Motion should be GRANTED. Accordingly, it is

**ORDERED** the Motion is granted in all respects.

**IT IS FURTHER ORDERED** that the Adversary Proceeding shall be transferred to the United States District Court for the Western District of Louisiana, Lafayette Division, pursuant to 28 U.S.C. § 1412 and Rule 7087 of the Federal Rules of Bankruptcy Procedure.

**IT IS FURTHER ORDERED** that the Clerk of the Court is authorized and instructed to take all actions necessary to transfer the Adversary Proceeding to the United States District Court for the Western District of Louisiana, Lafayette Division.

DATED: March 9, 2015

_____
Jerry A. Funk
United States Bankruptcy Judge

Attorney Patrick J. Neligan, Jr. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.